**B1 (Official Form 1) (4/10)**

# United States Bankruptcy Court
## Southern District of New York

## Voluntary Petition

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **390 East 8th Street Housing Development Fund Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-2587540** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **390 East 8th Street New York, NY** ZIPCODE **10009** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **390 East 8th Street, New York, NY** ZIPCODE **10009** | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **390 East 8th Street Housing Development Fund Corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)  Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **390 East 8th Street Housing Development Fund Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Neal M. Rosenbloom*
Signature of Attorney for Debtor(s)

**Neal M. Rosenbloom Esq.**
**Goldberg, Weprin, Finkel,**
**Goldstein, L.L.P.**
**1501 Broadway, 22nd Floor**
**New York, NY 10036**
**(212) 221-5700  Fax: (212) 422-6836**
**nrosenbloom@gwfglaw.com**

**June 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/*
Signature of Authorized Individual

**Hyder Bin Jameel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 22, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                    Chapter 11

390 EAST 8TH STREET HOUSING DEVELOPMENT               Case No.
FUND CORPORATION

                                        Debtor.
-----------------------------------------------------------------x

## **CORPORATE RESOLUTION**

At a special meeting of the Board of Directors of 390 East 8th Street Housing Development Fund Corporation (the "Corporation"), duly held and convened on June 21, 2011, and upon the consent of the Board of Directors (the "Board"); and after motion duly made, seconded and unanimously carried, the Corporation made the following resolution:

> **RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors and employees, to file a petition for relief under Chapter 11 of the Bankruptcy Code on behalf of the Corporation; and it is further
>
> **RESOLVED**, that Hyder BinJameel, as the president of the Corporation, is authorized and empowered to execute voluntary petition together with all related papers, applications, motions and other submissions to effectuate the Chapter 11 filing and reorganization case, on behalf of the Corporation and; it is further
>
> **RESOLVED**, that the Corporation is authorized and empowered to retain the law form of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as counsel for the purpose of representing the Corporation in the Chapter 11 case.

Dated: New York, New York
       June 21, 2011

390 EAST 8TH STREET HOUSING
DEVELOPMENT FUND CORPORATION

By: _____
Hyder Binjameel, President

By: _____
Muhammad M. Rahman, Director

By: _____
Mohammed Z. Chowdhury, Director

By: _____
Ali Akhter, Director

By: _____
Mohammed A. Khan, Director

By: _____
Roberto Sharpe, Director

By: _____
Federico Colon, Director

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:  Chapter 11

390 EAST 8TH STREET HOUSING DEVELOPMENT  Case No.
FUND CORPORATION

                Debtor.
------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULES

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK )

        HYDER BINJAMEEL, being duly sworn deposes and says:

        1.    I am the president of 390 East 8th Street Housing Development Fund Corporation (the "Debtor"), and as such I am familiar with the Debtor's operations, business and financial affairs.

        2.    I submit this Affidavit in accordance with the Local Bankruptcy Rules and in support of the voluntary petition filed by the Debtor under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

        3.    There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.

        4.    Pursuant to Bankruptcy Rule 1007(4), is a list containing the name, address, and amounts owed to the creditors holding the largest unsecured claims against the Debtor. The Debtor's only secured claimant is the City of New York which holds a tax lien in the approximate sum of $1,300,000. The City has scheduled a tax lien foreclosure sale on June 23, 2011 and this Chapter 11 case is filed on an emergency basis.

5. In accordance with Local Bankruptcy Rules, a list containing the equity holders of the Debtor is attached hereto. The Debtor has designated the existing Tenants at the property as equity holders by virtue of their being members of the Debtor under the Not-For-Profit Corporation Law.

6. The Debtor owns real property at 390 East 8th Street, New York, New York on the lower east side. The property consists of an apartment building containing 35 residential apartments and no commercial space. The Debtor has three antenna agreements with cell phone providers.

## EVENTS LEADING TO THE CHAPTER 11 CASE

7. The Debtor was formed in 1981 as a not-for-profit corporation pursuant to Article XI of the Private Housing Finance Law of the State of New York. The property was conveyed to the Debtor by the City of New York. The deed is dated September 14, 1981 and contains restrictions whereby the Debtor agreed not to sell, transfer, exchange or otherwise dispose of or lease all or substantially all of the Building for 15 years from the date of the deed, without the prior written approval of the New York City Commissioner of Housing Preservation and Development ("HPD"). The deed also provided that the Debtor would, during that 15 year period, be utilized as a housing project only for persons or families of low income. By its terms, the restrictions contained in the deed expired in 1996. The same limited restrictions are contained within the Debtor's certificate of incorporation and those restrictions also expired in 1996.

8. For years, the Debtor was managed by two affordable housing advocates whom the Debtor contended mismanaged the Building by, among other things, not

providing vital services to the tenants and by failing to pay real estate taxes owed to the City of New York. With respect to the last housing advocate, the Debtor became embroiled in litigation resulting in a stipulation under which the housing advocate agreed to permit the Debtor's newly elected board of directors ("Tenant Elected Board") to control the process of converting the Building to cooperative ownership. By the time the settlement was reached however in 2008, the Debtor owed approximately $1,000,000 in unpaid taxes and water charges.

9. For three years after the settlement, the Tenant Elected Board endeavored to devise a plan to satisfy the corporation's debts and to convert the property to cooperative ownership. However, in late 2010, the City of New York commenced an in rem proceeding to foreclose its tax lien which, by this time, had grown to $1.3 million dollars. The tax lien and its impending foreclosure made the conversion to cooperative ownership impossible.

10. To prevent foreclosure and to prevent the loss of the Tenant's interests in the Building, the Tenant Elected Board voted unanimously to enter into a contract to sell the Building for the sum of $6,272,613.15 subject to adjustment as described in the Agreement of Sale. The Agreement of Sale is dated January 25, 2011 and is made with an independent third-party developer known as 390 East 8th Street LLC. The adjustments to the contract in large measure relate to an independent obligation of the buyer to purchase Tenant leasehold interests for an amount which can be as high as $4,881,201. Under the Agreement of Sale, Tenants who choose to relocate will be compensated for a portion of the equity they would have realized had the Building been converted to cooperative ownership as was originally contemplated. Another adjustment relates to increasing the purchase price, if the

amount of unpaid real estate taxes at closing exceed $1,194,537.15. Tenants who choose not to be bought out, will be afforded the protections available under the New York City Rent Stabilization Laws.

11. The Debtor has attempted to obtain the approval of the City of New York to the contemplated sale and has requested that the tax lien sale be postponed or withdrawn to enable the sale to take place. The City unfortunately has refused to do so. This Chapter 11 case is being filed on an emergency basis to protect the Building from its imminent foreclosure, with the intention of immediately proceeding with the sale of the property under 11 U.S.C. §363.

12. In accordance with Bankruptcy Rule 1007(a)(1) in the Local Bankruptcy Rules, a verified list containing the names and addresses of all known creditors and equity holders of the Debtor accompanies the petition.

13. The Debtor has no salaried employees and does not anticipate incurring any payroll expenses during the next 30 days.

14. With the stay afforded under the provisions of the Bankruptcy Code, the Debtor verily believes that it will be able to successfully reorganize through a confirmed plan and a subsequent sale in furtherance of the plan.

_____
Hyder BinJameel

Sworn to before me this
21 day of June, 2011

_____
NOTARY PUBLIC

Rosa Kastsaridis
West. Cty. 01KA6133901
Exp. September 19, 2013

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Southern District of New York

IN RE: _____  Case No. _____

390 East 8th Street Housing Developement **Fund Corporation**  Chapter **11**
               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Smith, Buss & Jacobs, LLP<br>733 Yonkers Avenue<br>Yonkers, NY 10704 | Thomas W. Smith, Esq.<br>(914) 476-0600 | | | 200,000.00 |
| Con Edison<br>JAF Station<br>PO Box 1702<br>New York, NY 10011 | | | | 0.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 22, 2011**      Signature: _____

                                       **Hyder Bin Jameel, President**
                                                 (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Southern District of New York

IN RE: Case No. _____

390 East 8th Street Housing Development Fund Corporation                 Chapter 11
　　　　　　　　　　　　　　　Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| M. Jalaluddin<br>390 East 8th Street, #2B<br>New York, NY 10009 | 0 | |
| Mr. Abul Habibullah<br>390 East 8th Street, #3F<br>New York, NY 10009 | 0 | |
| Mr. Akhter Ali<br>390 East 8th Street, #2D<br>New York, NY 10009 | 0 | |
| Mr. Alauddin Ahmed<br>390 East 8th Street, #4C<br>New York, NY 10009 | 0 | |
| Mr. Bruce Parkhill<br>390 East 8th Street, #6C<br>New York, NY 10009 | 0 | |
| Mr. Earl Gulliver<br>390 East 8th Street, #1E<br>New York, NY 10009 | 0 | |
| Mr. Federico Colon<br>390 East 8th Street, #6E<br>New York, NY 10009 | 0 | |
| Mr. Hiram Padilla<br>390 East 8th Street, #1A<br>New York, NY 10009 | 0 | |
| Mr. Hyder BinJameel<br>390 East 8th Street, #4B<br>New York, NY 10009 | 0 | |
| Mr. Khalilur Rahman<br>390 East 8th Street, #1D<br>New York, NY 10009 | 0 | |
| Mr. Mohammed A. Sikder<br>390 East 8th Street, #5C<br>New York, NY 10009 | 0 | |
| Mr. Mohammed Ali Akbar<br>390 East 8th Street, #5E<br>New York, NY 10009 | 0 | |
| Mr. Mohammed Asif Jah<br>390 East 8th Street, #1F<br>New York, NY 10009 | 0 | |
| Mr. Mohammed Khan<br>390 East 8th Street, 4E<br>New York, NY 10009 | 0 | |
| Mr. Muhammed M. Rahman<br>390 East 8th Street, #5B<br>New York, NY 10009 | 0 | |
| Mr. Roberto Sharpe<br>390 East 8th Street, #6A<br>New York, NY 10009 | 0 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name & Address | Amount |
|---|---|
| Mr. Rolando Dominguez<br>390 East 8th Street, #3E<br>New York, NY 10009 | 0 |
| Mr. Shak Kudrat<br>390 East 8th Street, #5A<br>New York, NY 10009 | 0 |
| Mr. Trinidad Rivera<br>390 East 8th Street, #4A<br>New York, NY 10009 | 0 |
| Ms. Adeola Adeyinka<br>390 East 8th Street, #5F<br>New York, NY 10009 | 0 |
| Ms. Janette Brown<br>390 East 8th Street, #3C<br>New York, NY 10009 | 0 |
| Ms. Jocelin Dominguez<br>390 East 8th Street, #2C<br>New York, NY 10009 | 0 |
| Ms. Katrina Monzon<br>390 East 8th Street, #4F<br>New York, NY 10009 | 0 |
| Ms. Lisa Rosa<br>390 East 8th Street, #1C<br>New York, NY 10009 | 0 |
| Ms. Lydia Guerrero<br>390 East 8th Street, #3A<br>New York, NY 10009 | 0 |
| Ms. Madeline Brown<br>390 East 8th Street, #3D<br>New York, NY 10009 | 0 |
| Ms. Marilyn Berdugo<br>390 East 8th Street, #6D<br>New York, NY 10009 | 0 |
| Ms. Marizel Luciano<br>390 East 8th Street, #5D<br>New York, NY 10009 | 0 |
| Ms. Maryam Bin Jameel<br>390 East 8th Street, #2E<br>New York, NY 10009 | 0 |
| Ms. Mona Yacoub<br>390 East 8th Street, #4D<br>New York, NY 10009 | 0 |
| Ms. Qaiser Khan<br>390 East 8th Street, #3B<br>New York, NY 10009 | 0 |
| Ms. Valerie Lamar<br>390 East 8th Street, #6B<br>New York, NY 10009 | 0 |
| Ms. Yolanda Sanchez<br>390 East 8th Street, #2A<br>New York, NY 10009 | 0 |
| Ziaul Chowdhury, MD<br>390 East 8th Street, #6F<br>New York, NY 10009 | 0 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Southern District of New York

IN RE:                                                          Case No. _____

390 East 8th Street Housing Developement **Fund Corporation**        Chapter 11
                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 22, 2011**          Signature: _____
                                            Hyder Bin Jameel, President                              Debtor

Date: _____      Signature: _____
                                                                                        Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Con Edison
JAF Station
PO Box 1702
New York, NY  10011


Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY  11201


M. Jalaluddin
390 East 8th Street, #2B
New York, NY  10009


Mr. Abul Habibullah
390 East 8th Street, #3F
New York, NY  10009


Mr. Akhter Ali
390 East 8th Street, #2D
New York, NY  10009


Mr. Alauddin Ahmed
390 East 8th Street, #4C
New York, NY  10009


Mr. Bruce Parkhill
390 East 8th Street, #6C
New York, NY  10009


Mr. Earl Gulliver
390 East 8th Street, #1E
New York, NY  10009

```
Mr. Federico Colon
390 East 8th Street, #6E
New York, NY  10009


Mr. Hiram Padilla
390 East 8th Street, #1A
New York, NY  10009


Mr. Hyder BinJameel
390 East 8th Street, #4B
New York, NY  10009


Mr. Khalilur Rahman
390 East 8th Street, #1D
New York, NY  10009


Mr. Mohammed A. Sikder
390 East 8th Street, #5C
New York, NY  10009


Mr. Mohammed Ali Akbar
390 East 8th Street, #5E
New York, NY  10009


Mr. Mohammed Asif Jah
390 East 8th Street, #1F
New York, NY  10009


Mr. Mohammed Khan
390 East 8th Street, 4E
New York, NY  10009


Mr. Muhammed M. Rahman
390 East 8th Street, #5B
New York, NY  10009
```

Mr. Roberto Sharpe
390 East 8th Street, #6A
New York, NY 10009


Mr. Rolando Dominguez
390 East 8th Street, #3E
New York, NY 10009


Mr. Shak Kudrat
390 East 8th Street, #5A
New York, NY 10009


Mr. Trinidad Rivera
390 East 8th Street, #4A
New York, NY 10009


Ms. Adeola Adeyinka
390 East 8th Street, #5F
New York, NY 10009


Ms. Janette Brown
390 East 8th Street, #3C
New York, NY 10009


Ms. Jocelin Dominguez
390 East 8th Street, #2C
New York, NY 10009


Ms. Katrina Monzon
390 East 8th Street, #4F
New York, NY 10009


Ms. Lisa Rosa
390 East 8th Street, #1C
New York, NY 10009

Ms. Lydia Guerrero
390 East 8th Street, #3A
New York, NY  10009


Ms. Madeline Brown
390 East 8th Street, #3D
New York, NY  10009


Ms. Marilyn Berdugo
390 East 8th Street, #6D
New York, NY  10009


Ms. Marizel Luciano
390 East 8th Street, #5D
New York, NY  10009


Ms. Maryam Bin Jameel
390 East 8th Street, #2E
New York, NY  10009


Ms. Mona Yacoub
390 East 8th Street, #4D
New York, NY  10009


Ms. Qaiser Khan
390 East 8th Street, #3B
New York, NY  10009


Ms. Valerie Lamar
390 East 8th Street, #6B
New York, NY  10009


Ms. Yolanda Sanchez
390 East 8th Street, #2A
New York, NY  10009

NYC Dept. Of Finance
Attn: Legal Affairs
345 Adams Street, 3rd Floor
Brooklyn, NY  11201


NYS Dept. Of Taxation & Finance
Bankruptcy/Special Procedure
Bldg. 8, Harriman Campus
Albany, NY  12227


Smith, Buss & Jacobs, LLP
733 Yonkers Avenue
Yonkers, NY  10704


Ziaul Chowdhury, MD
390 East 8th Street, #6F
New York, NY  10009

United States Bankruptcy Court
Southern District of New York

IN RE:                                                                                    Case No. _____

390 East 8th Street Housing Developement Fund Corporation                                 Chapter 11
                                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................... $  20,000.00

   Prior to the filing of this statement I have received ................................................. $  20,000.00

   Balance Due ..................................................................................... $       0.00

2. The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 22, 2011                         /s/ Neal M. Rosenbloom
        Date                          Neal M. Rosenbloom Esq.
                                      Goldberg, Weprin, Finkel,
                                      Goldstein, L.L.P.
                                      1501 Broadway, 22nd Floor
                                      New York, NY 10036
                                      (212) 221-5700 Fax: (212) 422-6836
                                      nrosenbloom@gwfglaw.com